IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORI LEE CONLEY-SHOEMAKER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LANCASTER LABORATORIES, | : | |
| INCORPORATED, et al. | : | No. 02-3210 |
| Defendants. | : | |

## ORDER

**AND NOW**, this        day of **March, 2003**, it is hereby **ORDERED** that:

Defendant Educators Mutual Life Insurance Company's Motion to Dismiss (Document No. 2) is **DENIED as moot**.

BY THE COURT:

_____
**Berle M. Schiller, J.**